1
2
3
4
5
6
7
8

JS-6

9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20

| ANTHONY BOUYER, an individual, | Case No. 2:20-cv-06938-MWF-MRW |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| PROJECT D, LLC, a California limited liability company; and DOES 1-10, inclusive, | |
| Defendants. | |

21
22
23
24
25
26
27
28

1  After consideration of the Joint Stipulation for Dismissal of the entire action
2  with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Project D, LLC
3
4  ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's
5  Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its
6  own costs and attorneys' fees.
7
8  IT IS SO ORDERED.
9
10  DATED:  January 29, 2021
11
   _____
12                    MICHAEL W. FITZGERALD
                      UNITED STATES DISTRICT JUDGE